**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Case No. 05-MC-9030-S-RED |
| | ) | |
| **WILLIAM R. MACKEY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Before the Court is Magistrate Judge James C. England's Report and Recommendation to enforce two Internal Revenue Service Summonses (Doc. 9). Defendant has filed no objections to the Report and Recommendation. After an independent review of the record and the applicable law, the Court **ADOPTS** in its entirety the Report and Recommendation of the United States Magistrate Judge (Doc. 9). Accordingly, the Petition to Enforce Internal Revenue Service Summonses is hereby **GRANTED**. **IT IS FURTHER ORDERED** that the Defendant shall either (1) show proof of compliance with the summonses to the Court by November 15, 2005 or (2) appear before the Court on Tuesday, November 15, 2005 at 10:00 a.m. and show cause why he should not be held in contempt of Court for failure to comply with the summonses.

**IT IS SO ORDERED**.

DATE: October 26, 2005       */s/ Richard E. Dorr*
                              RICHARD E. DORR, JUDGE
                              UNITED STATES DISTRICT COURT